PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
BEN A. PORTER, WSBN 14195
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8979
Facsimile: (415) 744-0134
    E-Mail: Ben.Porter@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| KELLI LYNN STEVENSON,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | Case No.: 1:17-cv-00532-BAM<br><br>STIPULATION FOR FIRST EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, that the time for Defendant to file a Certificate of Service certifying that Defendant has responded to Plaintiff's Confidential Letter Brief be extended thirty-six days (36) days from November 9, 2017, until and including December 15, 2017. This is Defendant's first request for an extension of time. Counsel for the Defendant failed to note the correct date on his calendar when the certificate of response was due to be filed. All subsequent due dates will be extended by thirty-six (36) days. Counsel apologizes to Plaintiff, Plaintiff's Counsel, and the Court for any inconvenience cause by this delay.

Stip. & Prop. Order for Ext.; 1:17-cv-00532-BAM    1

Dated: December 15, 2017    /s/ Cyrus Safa
CYRUS SAFA
(As authorized via e-mail on December 15, 2017)
Attorney for Plaintiff

Dated: December 15, 2017    Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney
DEBORAH L. STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:    /s/ Ben A. Porter
BEN A. PORTER
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED, nunc pro tunc, that Defendant shall have an extension of time, to and including December 15, 2017, in which to file a response to Plaintiff's confidential letter brief; and that all other deadlines set forth in the Case Management Order shall be extended accordingly.

IT IS SO ORDERED.

Dated: __**December 18, 2017**__        /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE