# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLI LYNN STEVENSON,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:17-cv-00532-BAM<br><br>ORDER GRANTING MOTION TO EXTEND TIME TO FILE PLAINTIFF'S OPENING BRIEF<br><br>(Doc. No. 16) |

On January 16, 2018, Plaintiff Kelli Lynn Stevenson filed a motion requesting a first extension of time from January 16, 2018 to January 23, 2018, in order to file an opening brief in this action. Plaintiff's counsel explains that the extension of time is necessary to allow for additional research regarding the issues presented. Counsel further explains that he has had an extremely heavy briefing calendar and has experienced a delay in finalizing the briefing due to late-starting hearing. Counsel reportedly emailed defense counsel to determine any opposition. To date, Defendant Nancy A Berryhill, Acting Commissioner of Social Security, has not opposed the motion or otherwise filed a response.

Having considered Plaintiff's moving papers, and good cause appearing, Plaintiff's motion for an extension of time to file an opening brief in this action is HEREBY GRANTED. Plaintiff's opening brief shall be filed on or before January 23, 2018. Defendant will not prejudiced by the brief delay, and all other deadlines in the Court's Scheduling Order issued on

1

April 18, 2017, are extended accordingly.

IT IS SO ORDERED.

Dated: **January 18, 2018**  /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE